UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GEORGE CALKINS, TARA CANTWELL,               :
PATRICIA CHESTER, RUTHIE CRIM, KAREN         :
DALY, MARY DOWNING, LEANN ELEY,              :
CHERYL ENOCHS, ROBERT FLIPPIN,               :
SHARON GORBETT, PATRICIA GUTHRIE,            :
ERMA HEINE, DEBORAH HILL, GERALDINE          :
HILL, OSCAR HINTON, MOONEEN HOLT,            :
JOAN HORTON, GEORGIA HUNT, DONNA             :
HURST, JEANETTE JOHNSON,                     :
                                             :
          Plaintiffs.                        :    Civil Action
v.                                           :    No. 04-11260-GAO
                                             :
INDEVUS PHARMACEUTICALS, INC., F/K/A         :
INTERNEURON PHARMACEUTICALS, INC.;           :
WYETH, INC., F/K/A AMERICAN HOME             :
PRODUCTS CORPORATION; WYETH                  :
PHARMACEUTICALS, INC F/K/A WYETH-            :
AYERST PHARMACEUTICALS, INC., A              :
DIVISION OF AMERICAN HOME PRODUCTS           :
CORPORATION; AND BOEHRINGER                  :
INGELHEIM PHARMACEUTICALS, INC.,             :
                                             :
          Defendants.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 29, 2004                          Respectfully submitted,
       Boston, Massachusetts

                                              /s/Matthew J. Matule
                                              Matthew J. Matule (BBO #632075)
                                              SKADDEN, ARPS, SLATE,
Of Counsel:                                     MEAGHER & FLOM LLP
Barbara Wrubel                                One Beacon Street
Katherine Armstrong                           Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                         (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                Counsel for Defendant
                                               Boehringer Ingelheim Pharmaceuticals, Inc.