UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
GEORGE CALKINS, TARA CANTWELL, :
PATRICIA CHESTER, RUTHIE CRIM, KAREN :
DALY, MARY DOWNING, LEANN ELEY, :
CHERYL ENOCHS, ROBERT FLIPPIN, :
SHARON GORBETT, PATRICIA GUTHRIE, :
ERMA HEINE, DEBORAH HILL, GERALDINE :
HILL, OSCAR HINTON, MOONEEN HOLT, :
JOAN HORTON, GEORGIA HUNT, DONNA :
HURST, JEANETTE JOHNSON, :
:
    Plaintiffs, : Civil Action
v. : No. 04-11260-GAO
:
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
:
    Defendants. :
------------------------------------- x

**NOTICE OF APPEARANCE**

    Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: September 15, 2004　　　　　　　　Respectfully submitted,
　　　　Boston, Massachusetts

　　　　　　　　　　　　　　　　　　　　　/s/Matthew J. Matule
　　　　　　　　　　　　　　　　　　　　　Matthew J. Matule (BBO #632075)
　　　　　　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE,
Of Counsel:　　　　　　　　　　　　　　　　MEAGHER & FLOM LLP
Barbara Wrubel　　　　　　　　　　　　　One Beacon Street
Katherine Armstrong　　　　　　　　　　Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,　　　　　　　　(617) 573-4800
　MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　Indevus Pharmaceuticals, Inc.