UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GEORGE CALKINS, TARA CANTWELL, PATRICIA CHESTER, RUTHIE CRIM, KAREN DALY, MARY DOWNING, LEANN ELEY, CHERYL ENOCHS, ROBERT FLIPPIN, SHARON GORBETT, PATRICIA GUTHRIE, ERMA HEINE, DEBORAH HILL, GERALDINE HILL, OSCAR HINTON, MOONEEN HOLT, JOAN HORTON, GEORGIA HUNT, DONNA HURST, JEANETTE JOHNSON,  Plaintiffs, v. INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,  Defendants. | : : : : : : : : : : : : : : : : : : | Civil Action No. 04-11260-GAO |

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: September 15, 2004<br>　　　　Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule　　　　　　<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>　MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800 |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>　MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |